UNITED STATES DISTRICT COURT    JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **CV 12-9806-MWF (FFMx)**     Date: **June 19, 2013**

Title:     Nhon Dam v. Bank of New York Mellon, et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present     None Present

PROCEEDINGS (IN CHAMBERS):     ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE

On May 30, 2013, the Court granted Defendants' Motion to Dismiss with leave to amend, cautioning Dam that future amendment must be consistent with the Court's rulings and with Rule 11. (Docket No. 19). The Court also stated that failure to file an amended complaint within 14 days of the Order would result in dismissal of this action. The deadline for filing an amended complaint was therefore June 13, 2013. Dam has not responded to the Court's Order or filed a second amended complaint.

The Court finds that Plaintiff's failure to file a second amended complaint constitutes a failure to prosecute under Federal Rule of Civil Procedure 41(b) and an implicit acknowledgment that Dam cannot continue to litigate this case consistent with Rule 11. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642-43 (9th Cir. 2002) ("In determining whether to dismiss a claim for failure to prosecute or failure to comply with a court order, the Court must weigh the following factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to defendants/respondents; (4) the availability of less drastic alternatives; and (5) the public policy favoring disposition of cases on their merits."); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 989-92 (9th Cir. 1999) (explaining the factors supporting dismissal with prejudice for failure to prosecute).

---

UNITED STATES DISTRICT COURT    JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **CV 12-9806-MWF (FFMx)**     Date: **June 19, 2013**

Title:     Nhon Dam v. Bank of New York Mellon, et al.

---

     Because Plaintiff failed to follow the Court's directives and rules aimed at the timely prosecution of this case, the Court concludes that the *Pagtalunan* factors weigh in favor of dismissal of this action with prejudice. Plaintiff has had various opportunities to prosecute this case such that a dismissal with prejudice does not unfairly impact her rights. Local Rule 41-1.

     Accordingly, the action is DISMISSED WITH PREJUDICE. The Court ORDERS the Clerk to treat this order, and its entry on the docket, as an entry of judgment. Local Rule 58-6.

     IT IS SO ORDERED.